**FILED**

07/10/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0022

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0022

ERIC VALLEJO,

      Petitioner and Appellant,

  v.

STATE OF MONTANA,
DEPARTMENT OF JUSTICE,
MOTOR VEHICLE DIVISION,

      Defendant and Appellee.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including August 11, 2020, within which to prepare, serve, and file its response brief.

**MP**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
July 10 2020